IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| AMERICAN ZURICH INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 424-111 |
| FLORIDA MECHANICAL SYSTEMS, INC. and FLORIDA MECHANICAL CRANE AND EQUIPMENT, LLC, | * * * * | |
| Defendants. | * * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal without prejudice. (Doc. 30.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA